**COM.**

v.

**HANDY, T.**

**1653 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–51–CR–0009660–2011 (Philadelphia)

Affirmed

■

**COM.**

v.

**BOOTH, R.**

**1773 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

Reargument Denied 8/25/2017

CP–51–CR–0005705–2015 (Philadelphia)

Reversed/Remanded

■

**COM.**

v.

**TILLMAN, E.**

**2075 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–46–CR–0004427–2014, (Montgomery)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**WALLACE, C.**

**2353 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–23–CR–0004619–2015 (Delaware)

Affirmed

■

**COM.**

v.

**EDWARDS, K.**

**2398 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–46–CR–0002270–2013 (Montgomery)

Vacated/Remanded